BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**SEPTEMBER 19, 2019**
*Time in Court:    10 MINUTES*

DOCKET NUMBER:   **CR 19-85** (RJD)

**U.S.A. -v-    KENNETH TESTA (ON BOND)**
**COUNSEL:  PATRICK BRACKLEY (RETAINED) KRISTEN SANTILLO(RETAINED)**

**AUSA:       MICHAEL WARREN**

COURT REPORTER:  *LISA SCHMID*

X     CASE CALLED FOR STATUS CONFERENCE.
      GOVERNMENT COUNSEL ADVISES THAT THEY MAY SUPERSEDE THE INDICTMENT. BY 10/2/19 GOVERNMENT WILL ADVISE COURT IN WRITING IF THEY ARE PROCEEDING WITH A SUPERSEDING INDICTMENT, THEREAFTER, COURT WILL SCHEDULE A FINAL PRE TRIAL CONFERENCE. JURY TRIAL SCHEDULED FOR NOVEMBER 12, 2019. PARTIES CONSENT TO A MAGISTRATE JUDGE SELECTING THE JURY.
      MR. BRACKLEY IS RELIEVED AS COUNSEL.