

June 24, 2021

**VIA ECF**
The Honorable Raymond Dearie
United States District Judge
United States District Court
225 Cadman Plaza E
Brooklyn, NY 11201

    Re: *United States v. Kenneth Testa*, 1:19-cr-00085-RJD-1

Dear Judge Dearie:

    On behalf of defendant Kenneth Testa, I write to request a brief adjournment of Dr. Testa's sentencing, currently scheduled for July 9, 2021, for approximately two weeks as we are still awaiting important documents and letters. I have conferred with the Government, and the Government has no objection to this request. The parties have conferred on dates and are unavailable on July 12-16, July 27-29, August 2 and August 6-27, but would be available on July 23, 26, 30 and August 3. Thank you very much for your consideration.

                                            Respectfully

                                            */s/ Kristen M. Santillo*
                                            Kristen M. Santillo

cc:    AUSA Catherine Mirabile
        AUSA Michael Warren

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371